**Wilfred GEORGE, Class Member, Objector;, Plaintiff— Appellant,**

**Robert Powers; Peter J. Franklin; Sea Breeze Printing, Inc.; Garvin D. Stanislawski; Starlog Group, Inc. and Starlog Group, Inc. Defined Pension Plan, on Behalf of Themselves and All Others Similarly Situated; Howard Sobel; Richard Strausz; Richard W. Halsey, Plaintiffs—Appellees,**

v.

**Paul EICHEN, Defendant.**

No. 01–56704.

D.C. No. CV–96–01431–RMB.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 6, 2002.*

Decided Nov. 22, 2002.

---

* This panel unanimously finds this case suit-

able for decision without oral argument. See

Before PREGERSON, NOONAN and TASHIMA, Circuit Judges.

### ORDER **

For the reasons it stated, the district court did not abuse its discretion in denying attorney's fees to objector's counsel. *See Vizcaino v. Microsoft Corp.*, 290 F.3d 1043, 1051–52 (9th Cir.2002), *petition for cert filed*, 71 U.S.L.W. 3154 (U.S. Aug. 13, 2002) (No. 02–252). The judgment is AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

